A90A1612. CALLAWAY et al. v. RYCKELEY et al.
(417 SE2d 222)

PER CURIAM.

It appearing that the decision previously rendered by this court in the present case, reported at 199 Ga. App. 314 (404 SE2d 650) (1991), was reversed by the Georgia Supreme Court in *Ryckeley v. Callaway*, 261 Ga. 828 (412 SE2d 826) (1992), said decision is hereby vacated; and, in accordance with the decision of the Supreme Court, the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Birdsong, P. J., Cooper and Johnson, JJ., concur.*

DECIDED MARCH 5, 1992.

*Bischoff & White, Dorothy D. Wilcox*, for appellants.
*McNally, Fox, Mahler, Cameron & Stephens, R. Mark Mahler, Lokey & Bowden, Malcolm Smith, K. Scott Graham, Beck, Owen & Murray, Richard L. Collier, Frederick A. Johnson*, for appellees.